**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DAVID L. TERMARSCH,** *pro se***,**

    **Plaintiff,**

v.                                               Case No.  8:07-CV-1725-T-30TBM

**ARGENT MORTGAGE COMPANY,**
**LLC., et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon receipt of Plaintiff's Demand for Rules 54 & 55(b)(1) Judgment by Default as to Defendants Wells Fargo Bank, N.A., and Paul Hazen (Dkt. 7).  The Court, having considered the request and being otherwise fully advised, finds that it should be denied.

Contrary to Plaintiff's assertion otherwise, the record does not support his motion. Pursuant to Fed. R. Civ. P. 4(b), "[a] summons, or a copy of the summons if addressed to multiple defendants, shall be issued for each defendant to be served."  The Clerk issued a summons addressed jointly to Defendant Wells Fargo and Paul Hazen on September 24, 2007.  Plaintiff has failed, however, to file a waiver of service or proof of service of the summons and complaint, as required by the rules governing these proceedings. See Fed. R. Civ. P. 4. While Plaintiff did file affidavits in support of his motion, the affidavits merely purport to establish the amount of damages due Plaintiff.


It is therefore ORDERED AND ADJUDGED that Plaintiff's Demand for Rules 54 & 55(b)(1) Judgment by Default as to Defendants Wells Fargo Bank, N.A., and Paul Hazen **(Dkt. 7)** is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on November 7, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2007\07-cv-1725 Deny Default Wells Fargo.frm