**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DAVID L. TERMARSCH,**

    **Plaintiff,**

v.                                                          **Case No.  8:07-CV-1725-T-30TBM**

**ARGENT MORTGAGE COMPANY, LLC.,**
**WAYNE LEE, AMERIQUEST**
**MORTGAGE COMPANY, WAYNE LEE,**
**WELLS FARGO BANK, N.A., PAUL**
**HAZEN, FABRIZIO & BROOKS P.C.,**
**AMANDA BREASBOIS, JONATHAN L.**
**ENGMAN, OAKLAND COUNTY 6TH**
**CIRCUIT COURT, COLLEEN A.**
**O'BRIEN, OAKLAND COUNTY**
**CLERK/REGISTER OF DEEDS, RUTH**
**JOHNSON, JOHN AND JANE DOE'S 1-99,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon receipt of Plaintiff's Demand for Rules 54 & 55(b)(1) Judgment by Default as to Defendants Ameriquest Mortgage Company and Wayne Lee (Dkt. 11).  The Court, having considered the request and being otherwise fully advised, finds that it should be denied for the same reason set forth in the Court's order denying Plaintiff's motion for default against Defendants Wells Fargo Bank, N.A., and Paul Hazen.  Accordingly,

It is ORDERED AND ADJUDGED that Plaintiff's Demand for Rules 54 & 55(b)(1) Judgment by Default as to Ameriquest Mortgage Company and Wayne Lee (**Dkt. 11**) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on November 13, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2007\07-cv-1725 Deny Default Ameriquest Mortgage Company and Wayne Lee.wpd

It is ORDERED AND ADJUDGED that Plaintiff's Demand for Rules 54 & 55(b)(1) Judgment by Default as to Ameriquest Mortgage Company and Wayne Lee (**Dkt. 11**) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on November 13, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2007\07-cv-1725 Deny Default Ameriquest Mortgage Company and Wayne Lee.wpd