**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**DAVID L. TERMARSCH,**

    **Plaintiff,**

v.                                               Case No.  8:07-CV-1725-T-30TBM

**ARGENT MORTGAGE COMPANY, LLC.,
WAYNE LEE, AMERIQUEST
MORTGAGE COMPANY, WAYNE LEE,
WELLS FARGO BANK, N.A., PAUL
HAZEN, FABRIZIO & BROOKS P.C.,
AMANDA BREASBOIS, JONATHAN L.
ENGMAN, OAKLAND COUNTY 6TH
CIRCUIT COURT, COLLEEN A.
O'BRIEN, OAKLAND COUNTY
CLERK/REGISTER OF DEEDS, RUTH
JOHNSON, JOHN AND JANE DOE'S 1-99,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon receipt of Plaintiff's Demand for Rules 54 & 55(b)(1) Judgment by Default as to Defendants Fabrizio & Brooks P.C. and Amanda Breasbois (Dkt. 9). The Court, having considered the request and being otherwise fully advised, finds that it should be denied for the same reason set forth in the Court's order denying Plaintiff's motion for default against Defendants Wells Fargo Bank, N.A., and Paul Hazen. Accordingly,

It is ORDERED AND ADJUDGED that Plaintiff's Demand for Rules 54 & 55(b)(1) Judgment by Default as to Defendants Fabrizio & Brooks P.C. and Amanda Breasbois (**Dkt. 9**) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on November 13, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2007\07-cv-1725 Deny Default Fabrizio & Brook, P.C., Amanda Breasbois.wpd